**Civil No. 06-1939(SEC)**                                                         7
_____

                                                    SALVADOR E. CASELLAS